1  Laura J. Thalacker
   Nevada Bar No. 5522
2  lthalacker@lionelsawyer.com
   Amy L. Baker
3  Nevada Bar No. 11907
4  abaker@lionelsawyer.com
   LIONEL SAWYER & COLLINS
5  1700 Bank of America Plaza
   300 South Fourth Street
6  Las Vegas, Nevada 89101
7  (702) 383-8888 (Telephone)
   (702) 383-8845 (Fax)
8
   *Attorneys for Defendants*
9

10                    **UNITED STATES DISTRICT COURT**

11                           **DISTRICT OF NEVADA**

12

13  Taz Washington,                            ) CASE NO.: 2:10-cv-02251-GMN-GWF
14                                             )
                    Plaintiff,                 )
15                                             ) **STIPULATION AND ORDER FOR**
    v.                                         ) **DISMISSAL WITH PREJUDICE**
16                                             )
17  Cashman Enterprises, Inc., Karen Cashman,  )
    Susan McKenna, and Kimberly Kopec,         )
18                                             )
                    Defendants.                )
19                                             )
                                               )
20  _____      )

21       IT IS HEREBY STIPULATED AND AGREED between *Pro Se* Plaintiff Taz

22  Washington and Defendants Cashman Enterprises, Inc., Karen Cashman, Susan McKenna, and

23  Kimberly Kopec, through their counsel of record Laura J. Thalacker and Amy L. Baker of

24  ///

25  ///

26  ///

27  ///

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
00 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

Lionel Sawyer & Collins, that the above-captioned matter be dismissed with prejudice. Each party is to bear its, his or her own attorneys' fees and costs.

DATED this 5 day of June, 2013.

| FRANKLIN ("TAZ") WASHINGTON | LIONEL SAWYER & COLLINS |
|---|---|
| By: /s/ Franklin "Taz" Washington<br>*Plaintiff In Proper Person* | By: /s/ Laura J. Thalacker<br>Laura J. Thalacker, Esq.<br>Nevada Bar No. 5522<br>Amy L. Baker, Esq.<br>Nevada Bar No. 11907<br>*Attorneys for Defendants* |

## ORDER

**IT IS SO ORDERED** this 13th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
00 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2