Laura J. Thalacker
Nevada Bar No. 5522
lthalacker@lionelsawyer.com
Amy L. Baker
Nevada Bar No. 11907
abaker@lionelsawyer.com
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 383-8888 (Telephone)
(702) 383-8845 (Fax)

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Taz Washington, | CASE NO.: 2:10-cv-02251-GMN-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Cashman Enterprises, Inc., Karen Cashman, Susan McKenna, and Kimberly Kopec, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between *Pro Se* Plaintiff Taz Washington and Defendants Cashman Enterprises, Inc., Karen Cashman, Susan McKenna, and Kimberly Kopec, through their counsel of record Laura J. Thalacker and Amy L. Baker of

///

///

///

///

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
00 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

Lionel Sawyer & Collins, that the above-captioned matter be dismissed with prejudice. Each party is to bear its, his or her own attorneys' fees and costs.

DATED this __5__ day of June, 2013.

| FRANKLIN ("TAZ") WASHINGTON | LIONEL SAWYER & COLLINS |
|---|---|
| By: /s/ Franklin "Taz" Washington<br>Franklin "Taz" Washington<br>*Plaintiff In Proper Person* | By: /s/<br>Laura J. Thalacker, Esq.<br>Nevada Bar No. 5522<br>Amy L. Baker, Esq.<br>Nevada Bar No. 11907<br>*Attorneys for Defendants* |

## ORDER

**IT IS SO ORDERED** this 13th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
00 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2